WEIR PLOW CO. (TURNBULL v.). See Case No. 14,244.

WEISE (UNITED STATES v.). See Case No. 16,659.

---

## Case No. 17,364.

### WEISER v. MAITLAND.

[Nowhere reported; opinion not now accessible.]